# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CALVIN J. HILL, INDIVIDUALLY
AND AS THE EXECUTOR OF THE
SUCCESSION OF ELNORA JOHNSON
HILL

VERSUS

TMR EXPLORATION, INC., PARK
EXPLORATION, INC. AND VITOL
RESOURCES, INC.

NO.   2019 CW 0384

**AUG 1 9 2019**

---

In Re:   Vitol Resources, Inc. of Delaware, applying for
supervisory writs, 18th Judicial District Court,
Parish of West Baton Rouge, No. 41245.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT